# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RAYMOND S. SPITZ

NO. 2021 KW 1039

**DECEMBER 20, 2021**

---

In Re:    Raymond S. Spitz, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 200821-1.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT